**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| SHANNA HELVEY, | Case No.: **1:17-cv-00186-WCL-SLC** |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| – vs – | |
| NAVIENT SOLUTIONS, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff SHANNA HELVEY hereby voluntarily

dismisses without prejudice the above entitled action against Defendant NAVIENT

SOLUTIONS, LLC. The parties, through their undersigned attorneys, stipulate to dismissal.

Dated: July 14, 2017.

AKERMAN LLP
By: */s/ Ashley E. Calhoun*
Ashley E. Calhoun
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
Telephone: 303.260.7712
Fax: 866.235.6525
ashley.calhoun@akerman.com
ATTORNEY FOR DEFENDANT

THE LAW OFFICES OF JEFFREY LOHMAN, P.C.
By: */s/ Ibrahim Muhtaseb*
Ibrahim Muhtaseb – Pro Hac Vice
4740 Green River Road, Suite 219
Corona, California 92563
Telephone: 866.329.9217 (ext. 1008)
Fax: 657.246.1311
ibrahimm@jlohman.com
ATTORNEY FOR PLAINTIFF

NOTICE OF VOLUNTARY DISMISSAL

42281689;1